APPEAL No. 12-14-00229-CR

IN THE
12TH COURT OF APPEALS
AT TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 2 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

BLAKE CARRINGTON GEE #1948254
(APPELLANT)
VS.
THE STATE OF TEXAS
(APPELLEE)

APPEAL CAUSE No. 241-1861-13 FROM THE 241ST JUDICIAL DISTRICT COURT OF SMITH COUNTY

MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE TO ANDER'S BRIEF

TO THE HONORABLE JUSTICES OF COURT OF APPEALS:

Comes Now BLAKE CARRINGTON GEE #1948254, APPELLANT PRO-SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS BRIEF BY 30 DAYS. IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING:

I.

ON JULY 10TH, 2014, THE JUDGE HAD FOUND APPELLANT GUILTY OF ENGAGING IN ORGANIZED CRIME, WERE THE JUDGE ASSESSED PUNISHMENT AT 30 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

II.

ON DECEMBER 22ND, 2014, APPELLANT RECIEVED FIRST NOTICE BY MAIL THAT HIS APPEAL ATTORNEY FILED AN ANDER'S BRIEF ON HIS BEHALF AND NOTICE THAT APPELLANT HAD A RIGHT TO FILE A PRO-SE BRIEF OR RESPONSE TO ANDER'S BRIEF.

TO WHICH ON JANUARY 22nd, 2015 APPELLANT DID RECIEVE BY MAIL AND AMENDED MOTION TO WITHDRAW FROM APPEALS ATTORNEY BECAUSE HE HAD NOT FILED THE ORIGINAL MOTION IN A TIMELY FASHION. APPELLANT ALSO RECIEVED ON SAID DATE LETTERS FROM THE 12TH COURT OF APPEALS CLERKS OFFICE INFORMING APPELLANT THAT HIS APPEAL ATTORNEY HAD FILED APPELLANT'S MOTION FOR LEAVE TO FILE LATE BRIEF AND APPELLANT'S AMENDED MOTION TO WITHDRAW ATTORNEY.

## III.

ON DECEMBER 22nd, 2014, THE APPELLANT'S RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING SAID BRIEF FOR APPELLANT WAS JANUARY 15TH, 2015 TO WHICH HAS PASSED AND BEING THAT THE ORIGINAL MOTION'S THAT APPELLANT ATTORNEY HAD FILED WERE NOT DONE IN A TIMELY FASHION, A NEW DEADLINE DATE AND EXTENSION DATE SHOULD BE GRANTED TO APPELLANT.

## IV.

THIS IS THE APPELLANT'S REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS

(A) DUE TO THE HOLIDAY SEASON'S, APPELLANT HAS HAD LIMITED ACCESS TO THE LAW LIBRARY FOR ANY SUBSTANCIAL AMOUNT OF TIME TO DO ANY RESEARCH AND OR WORK.

(B) APPELLANT HAD NO ACCESS TO THE LAW LIBRARY FOR FROM JANUARY 13TH, 2015 TO JANUARY 21ST DUE TO UNIT LOCKDOWN.

(C) APPELLANT HAS LIMITED KNOWLEDGE OF HOW TO USE THE LAW LIBRARY OR THE BOOKS TO WHICH HE NEEDS TO FILE SAID BRIEF.

(D) APPELLANT NEEDS MORE TIME TO RESEARCH AND ORGANIZE SAID GATHERED RESEARCHED MATERIELS TO FILE BRIEF.

## V.

FOR REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUESTS AN ADDITIONAL 30 DAYS TO COMPLETE THE PRO-SE BRIEF OR RESPONSE IN SUPPORT OF APPELLANT'S APPEAL.

## VI.

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE BY 30 DAYS, EXTENDING THE DEADLINE TO FEBRUARY 22ND, 2015 OR WHATEVER DATE THE COURT DEEMS.

RESPECTFULLY SUBMITTED:

_____ #1948254
APPELLANT PRO-SE
C/o: GURNEY UNIT - T.D.C.J.
1385 F.M. 3328
PALESTINE, TEXAS 75808

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JANUARY 26TH, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION FOR EXTENSION TO FILE HIS BRIEF OR RESPONSE WAS MAILED TO THE ATTORNEY FOR THE STATE BY FIRST CLASS MAIL ADDRESSED TO MICHAEL J. WEST - ASSISTANT DISTRICT ATTORNEY AT 4TH FLOOR, COURTHOUSE 100 N. BROADWAY - TYLER, TEXAS 75702.

_____ #1948254
APPELLANT PRO-SE

I, Blake Carrington Cee #1948254, BEING PRESENTLY INCARCERATED IN THE Gurney UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION IN ANDERSON COUNTY TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED ON THIS THE 26TH, DAY OF JANUARY, 2015.

_____ #1948254
APPELLANT PRO-SE,
C/o: GURNEY UNIT - T.D.C.J.
1385 F.M. 3328
PALESTINE, TEXAS 75803